The People of the State of Colorado, Petitioner v. Jacob Vanderpauye, Respondent No. 21SC771
Supreme Court of Colorado, En Banc
July 25, 2022
 Court of Appeals Case No. 18CA792 
 
 Petition for Writ of Certiorari GRANTED. 
 JUSTICE BERKENKOTTER does not participate. 
 Whether, or under what circumstances, a criminal defendant's self-serving hearsay is inadmissible. 
 Whether the court of appeals erred in holding the defendant's statement fit under the excited utterance exception to the hearsay rule and exclusion of that statement warranted reversal of his rape conviction. 
 DENIED AS TO ALL OTHER ISSUES. 
 1